ALLISON L. HITCHCOCK· v. GEORGE S. HOSMER, CIRCUIT JUDGE OF WAYNE COUNTY.

*Mandamus—Sufficiency of petition.*

Mandamus will not lie to vacate an order setting aside a judgment where the petition fails to show that an application has been made to the circuit judge for the relief asked.[1]

*Mandamus.* Order to show cause denied May 31, 1893.

Relator applied for *mandamus* to compel respondent to vacate an order setting aside a judgment. For a full statement of facts, see *Hitchcock v. Hosmer*, 96 Mich. 297.

*Bowen, Douglas & Whiting,* for relator.

PER CURIAM. An order to show cause is denied, the record failing to show that application had been made to the respondent to set aside the order complained of.

[1]An order to show cause was also denied for this reason, May 31, 1893, in *Galloway v. Hosmer, Judge,* which was an application to compel respondent to vacate an order substituting attorneys in a case pending in the Wayne circuit.

In *Loree v. Lenawee Circuit Judge,* an order to show cause was denied, without prejudice, March 8, 1893, for failure to furnish a brief statement of the case, as required by Supreme Court Rule No. 58; and the Court refused to consider an application for *mandamus* in *People's Mutual Benefit Society v. Frazer, Judge,* October 24, 1893, for a similar reason.